

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2022

No. 04-21-00466-CV

**PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.**, and Karla Waples,
Appellants

v.

**BANDERA WRANGLERS**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVOC-20-0000171
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On June 20, 2022, appellants filed a "Motion for Leave to File Notice of Supplemental Authority," attached to which is appellant's Notice of Supplemental Authority. On June 28, 2022, appellee filed an "Unopposed Motion for Leave to File Response to Appellants' Notice of Supplemental Authority," attached to which is appellee's response. The motions are GRANTED.

It is so **ORDERED** on July 29, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT